# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-2432

—————————————————

MICHAEL LAWRENCE CASSIDY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


November 7, 2018


PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(5).

WOLF, LEWIS, and ROWE, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Michael Lawrence Cassidy, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.